LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (Cal. Bar No. 215888)
brandon@bblocklaw.com
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: 310.887.1440
Facsimile: 310.496.1420

Attorneys for Plaintiff
SHASONI CHARLES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASONI CHARLES,<br><br>  Plaintiff,<br><br>  vs.<br><br>QUALITY ACCEPTANCE, LLC, a Nevada limited liability company; STERLING ASSET RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:21-cv-00526-DDP-KS<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire action. The settlement should be completed within the next 45 calendar days, upon which plaintiff will file a dismissal of this entire action, with prejudice.

Dated: March 1, 2021

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

By: /s/ Brandon A. Block
    Brandon A. Block

Attorneys for Plaintiff
SHASONI CHARLES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 9440 Santa Monica Boulevard, Suite 301, Beverly Hills, CA 90210.

On the date of execution of this Proof of Service, I caused the attached document to be served on the person(s) listed below.

> Scott J. Hyman
> sjh@severson.com
> David A. Berkley
> db@severson.com
> SEVERSON & WERSON
> A Professional Corporation
> The Atrium
> 19100 Von Karman Avenue, Suite 700
> Irvine, California 92612

I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 1, 2021 at Beverly Hills, California.

/s/ Brandon A. Block
Brandon A. Block